UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICOLE CLARK | * | CIVIL ACTION NO: 08-2852 |
| | * | |
| | * | JUDGE PETE BEER |
| VERSUS | * | |
| | * | MAGISTRATE SHUSHAN |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER ON MOTION TO STAY

IT IS ORDERED that ~~this matter be stayed and~~ all deadlines be extended for ninety (90) days from today's date, ~~pending the outcome of ongoing settlement negotiations~~.

NEW ORLEANS, LOUISIANA, this __30th__ day of JUNE, 2008.

_____
PETE BEER
UNITED STATES DISTRICT JUDGE